MAY 3, 1952.

No. 744. YOUNGSTOWN SHEET & TUBE CO. ET AL. v. SAWYER; and

No. 745. SAWYER, SECRETARY OF COMMERCE, v. YOUNGSTOWN SHEET & TUBE CO. ET AL.

*Per Curiam:*
Certiorari granted. MR. JUSTICE BURTON, with whom MR. JUSTICE FRANKFURTER concurred, voted to deny certiorari, and filed a memorandum expressing their reasons

therefor. The cases are assigned for argument on Monday, May 12, next.

The order of the District Court entered April 30, 1952, is hereby stayed pending disposition of these cases by this Court. It is further ordered, as a provision of this stay, that Charles S. Sawyer, Secretary of Commerce (respondent in No. 744 and petitioner in No. 745), take no action to change any term or condition of employment while this stay is in effect unless such change is mutually agreed upon by the steel companies (petitioners in No. 744 and respondents in No. 745) and the bargaining representatives of the employees.

Memorandum by MR. JUSTICE BURTON, with whom MR. JUSTICE FRANKFURTER concurred:

The first question before this Court is that presented by the petitions for a writ of certiorari by-passing the Court of Appeals. The constitutional issue which is the subject of the appeal deserves for its solution all of the wisdom that our judicial process makes available. The need for soundness in the result outweighs the need for speed in reaching it. The Nation is entitled to the substantial value inherent in an intermediate consideration of the issue by the Court of Appeals. Little time will be lost and none will be wasted in seeking it. The time taken will be available also for constructive consideration by the parties of their own positions and responsibilities. Accordingly, I would deny the petitions for certiorari and thus allow the case to be heard by the Court of Appeals. Such action would eliminate the consideration here of the terms of the stay of the order of the District Court heretofore issued by the Court of Appeals. However, certiorari being granted here, I join in all particulars in the order of this Court, now issued, staying that of the District Court.

*John C. Gall* and *John J. Wilson* for the Youngstown Sheet & Tube Co. et al.; *Luther Day, Edmund L. Jones, Howard Boyd, John C. Gall* and *T. F. Patton* for the Republic Steel Corp.; *Charles H. Tuttle* and *Joseph P. Tumulty, Jr.* for the Armco Steel Corp. et al.; *Bruce Bromley* and *E. Fontaine Broun* for the Bethlehem Steel Co. et al.; *John C. Bane, Jr., H. Parker Sharp* and *Sturgis Warner* for the Jones & Laughlin Steel Corp.; *John W. Davis, Theodore Kiendl, John Lord O'Brian, Roger M. Blough, Porter R. Chandler* and *Howard C. Westwood* for the United States Steel Co.; and *Randolph W. Childs, Edgar S. McKaig* and *James Craig Peacock* for E. J. Lavino & Co., petitioners in No. 744 and respondents in No. 745. *Solicitor General Perlman* for Sawyer, Secretary of Commerce. *Arthur J. Goldberg* and *Thomas E. Harris* filed a brief for the United Steelworkers of America, C. I. O., as *amicus curiae,* with regard to the issuance of a stay. Reported below: 90 U. S. App. D. C. ——, 197 F. 2d 582.